IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADAM KILLICK,**

    **Plaintiff,**

v.                                                                            Case No. 5:23-cv-203-AW-MJF

**ERIC SMIDT and HARBOR FREIGHT
TOOLS USA, INC.,**

    **Defendants.**

_____/

## **FINAL ORDER**

As the magistrate judge concludes, Plaintiff's claims are subject to dismissal. I have considered the September 21, 2023 report and recommendation, ECF No. 14, and I have considered de novo the issues raised in Plaintiff's objections, ECF No. 16.[1] I have determined the report and recommendation should be adopted, and I now adopt it and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)."

The motion for "an extension of time to respond [to] the defendant's motion to dismiss" is DENIED as moot. There is no such pending motion to dismiss.

---

[1] The document docketed as an objection (ECF No. 16) is styled a "Motion for Clarification of Crucial Issues." The document appears to take issue principally with rulings in another case. But to the extent the document objects to the report and recommendation, I overrule the objections. To the extent the document seeks further relief, the request is denied because the documents shows no legal basis for relief.

Finally, in an exercise of its discretion, the court DENIES Plaintiff's motion for appointment of counsel (ECF No. 5). Plaintiff has no constitutional right to appointed counsel here, and there has been no showing of such exceptional circumstances that appointed counsel would be appropriate. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999).

SO ORDERED on October 24, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge